IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| Richard Samuel, ) | |
| ) | 4:04CV3311 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| K. Smith, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 24, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which to request additional summons and service forms. Upon review of the record, I will grant the motion, and the plaintiff shall have until May 20th to file the documents.

SO ORDERED.

DATED this 21st day of April, 2005.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge