IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD SAMUEL, | ) | |
| | ) | 4:04CV3311 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KATHLEEN SMITH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 34, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time due to the plaintiff's medical situation. The plaintiff is granted additional time nunc pro tunc. The request for an extension of time is retroactively granted in light of the plaintiff's surgery and medical situation. Upon review of the record, I will grant the motion, and the plaintiff shall have until August 29, 2005 to file any necessary documents.

    SO ORDERED.

    DATED this 11th day of August, 2005.

                                              BY THE COURT:

                                              s/F.A. GOSSETT
                                              United States Magistrate Judge